## Case No. 7,043.
### INGLE v. COLLARD.
[1 Cranch, C. C. 152.] [1]

Circuit Court, District of Columbia. Dec. Term, 1803.

Mr. Mason, for defendant,

J. B. Key, for plaintiff, contra.

Mr. Mason in reply.

[1] [Reported by Hon. William Cranch, Chief Judge.]